# UNITED STATES DISTRICT COURT

for the

District of Montana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 17-15-GF-JTJ
1257 6th Avenue Northwest, Great Falls, Montana more )
fully described in Attachment A, incorporated herein by )
reference )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
1257 6th Avenue Northwest, Great Falls, Montana, more fully described in Attachment A.

located in the ___State and___ District of ___Montana___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841, 843, and 846; 18 U.S.C. Sections 922(g), 924(c), 1956, and 1957 | Conspiracy and possession with intent to distribute methamphetamine; use of wire facilities; conspiracy to commit money laundering; possessing and brandishing firearms in furtherance of drug trafficking crimes; felon in possession of firearm. |

The application is based on these facts:
See Attachment C, incorporated herein by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

HSI SA Albert Kinsey
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/8/2017

*Judge's signature*

City and state: Great Falls, Montana           John T. Johnston, U.S. Magistrate Judge
*Printed name and title*